### 61995. STAPP v. THE STATE.

BANKE, Judge.

The opinion of this court in *Stapp v. State,* 160 Ga. App. 427 (287 SE2d 234) (1981), having been reversed on certiorari by the Supreme Court in *State v. Stapp,* 249 Ga. 289 (290 SE2d 439) (1982), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed with direction. Deen, P. J., and Carley, J., concur.*

DECIDED MAY 20, 1982.

*Charles A. Mullinax,* for appellant.

*J. W. Morgan, District Attorney, Charles Day, Assistant District Attorney,* for appellee.